# United States District Court
## Violation Notice

**CVB Location Code:** PCSA

**Violation Number:** 7600527

**Officer Name (Print):** Bradley

**Officer No.:** PC10

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/6/21 1617

**Offense Charged:** ☐ CFR ☑ USC ☐ State Code — 18 USC 1152 / 13A-7-4

**Place of Offense:** 303 Poarch Rd Atmore Al 36502 Wind Creek Casino

**Offense Description: Factual Basis for Charge:** Criminal Trespass 3rd

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:** ( )

**Last Name:** Blackwell

**First Name:** Faye

**M.I.:** T

**Street Address:** 395 Jack Springs Rd

**City:** Atmore  **State:** AL  **Zip Code:** 36502

**Date of Birth (mm/dd/yyyy):** 10-05-1981

**Drivers License No.:** I575033  **CDL** ☐  **D.L. State:** AL  **Social Security No.:** [redacted]

☑ Adult  ☐ Juvenile  **Sex:** ☐ Male ☑ Female

**Hair:** GRY  **Eyes:** BRO  **Height:** 5-8  **Weight:** 162

### VEHICLE  VIN:

**Tag No.:** —  **State:** —  **Year:** —  **Make/Model:** —  **PASS** ☐  **Color:** —  **CMV** ☐

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** —  **Date (mm/dd/yyyy):** —  **Time (hh:mm):** —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signed]

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 11/23/2021 12:26

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Nov 6**, 20**21** while exercising my duties as a law enforcement officer in the **Southern** District of **Alabama**

Cpl Bradley responded to Wind Creek for a previously trespassed persons back on the property. That person was identified as Faye Blackwell. Ms. Blackwell is banned for six months and has already been issued one CVB for returning to Wind Creek before her ban expired. Ms. Blackwell was issued her second CVB by myself.

The foregoing statement is based upon:

☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 11/6/21   **Officer's Signature:** [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   **U.S. Magistrate Judge**

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/23/2021 12:26