# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 7600528 | Bradley | PC10 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 11/6/21 2304 | 18 USC 1152 13A-7-4 |

Place of Offense
303 Poarch Rd Atmore Al 36502
Wind Creek Casino

HAZMAT ☐

Offense Description: Factual Basis for Charge
Criminal Trespass 3rd

Violation No. 7600528

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| Boyd | Edward | A |

Street Address
1705 Williams Ditch Rd

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Cantonment | Fl | 32533 | 12/23/67 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| B300-221-67-463-OF1 | | | |

☑ Adult ☐ Juvenile  Sex ☑ Male ☐ Female  Hair bro  Eyes blu  Height 5'10  Weight 195

### VEHICLE
VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CMV ☐

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 280.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  Edward Boyd

(Rev. 09/2015)          Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on Nov 6, 2021 while exercising my duties as a law enforcement officer in the Southern District of Alabama

Cpl Bradley responded to Wind Creek Casino for a previously banned guest. Cpl Bradley made contact with Edward Boyd whom Cpl Bradley banned from Wind Creek Casino several hours earlier. Mr. Boyd left the property and returned several hours later. After being told not to return for 7 days.

The foregoing statement is based upon:

☑ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/6/2021          Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident